JOSEPH DOOLIN PHONE 202-803-1257-EMAIL JOSEPHDOOLIN40@GMAIL.COM

FILED

# UNITED STATES DISTRICT COURT
### For the
# EASTERN DISTRICT OF VIRGINIA 2021 JUN 30 A 11: 02

Joseph P. Doolin
410 Endoven St.
N. Fort Myers, FL 33903
          Plaintiff,

          vs.

Morgan Babcock
1855 Emerson Ave.
Alexandria, VA 22314
          Defendant,

and

Janet R. Gregor
Carlyle Council Manager & TMP
1855 Emerson Ave.
Alexandria, VA 22314
          Defendant,

and

Joe Gilbert
Morgan Stanley Branch Manager
333 John Carlyle St. Suite 650
Alexandria, VA 22314
          Defendant,

Case No. 1: 21 cv 771  Lo/IDD

## ~~CRIMINAL~~ Civil COMPLAINT FOR VIOLATIONS OF CIVIL RIGHTS & CONSPIRACY

   I Joseph P. Doolin, the complainant in this case, state that the following is true to the best of my knowledge and belief. On June 10, 2021, in the country of the United States of America in the District of Eastern Virginia, the defendants violated:

| | Code / Section / Act | Offense Description |
|---|---|---|
| 1. | First Amendment | Depriving freedom of speech, assemble & petition |
| 2. | Civil Rights Act 1875 | Equal treatment accessing federal facilities |
| 3. | Title 18 U.S.C. § 1512 | Obstruction of Investigation tampering with victim |
| 4. | Title 18 U.S.C. § 1510 | Obstructing of Investigation corruptly by threat & force |

**Page 1 of 36**

5. Title 18 U.S.C. § 1505    Obstructing of Investigation impeding administration

6. Title 18 U.S.C. § 241     Conspiracy to violate rights involving kidnapping

7. Title 18 U.S.C. § 371     Conspiracy to defraud the United States

## JURISDICTION

This Court has jurisdiction under 28 U.S.C. § 1331, a case arising under the United States Constitution and federal laws. Federal question jurisdiction arises pursuant to the First Amendment of the United States Constitution; 1875 Civil Rights Act; and Federal Laws Title 18 U.S.C. § 1512; Title 18 U.S.C. § 1510; Title 18 U.S.C. § 1505; Title 18 U.S.C. § 241; Title 18 U.S.C. 371.

## VENU

Venu is proper pursuant to 28 U.S.C.§ 1391 because the events giving rise to this complaint happened in this district.

## PARTIES

1. Plaintiff (Joseph P. Doolin) resides at 410 Endoven St. N. Fort Myers, FL 33903, currently has been residing in the Washington DC area since September 3, 2020. For the sole objective to file a complaint ending the kidnapping of his child for the ransom of millions from the estates of Joseph G. Doolin and Rosa Wood.

2. Defendant (Morgan Babcock) is currently employed as an officer with the Carlyle Council located at 1855 Emerson Ave. Alexandria, VA 22314.

3. Defendant (Janet R. Gregor) is currently employed as the Manager for the Carlyle Council located at 1855 Emerson Ave. Alexandria, VA 22314.

4. Defendant (Joe Gilbert) is currently employed as the Branch Manager for Morgan Stanley Investments located at 333 John Carlyle St. Suite 650 Alexandria, VA 22314.

## STATEMENT OF FACTS

1. On or about March 10, 2003 the plaintiff's grandfather Joseph G. Doolin informed the Plaintiff he would be the sole beneficiary of the family trust because the grandfather believed greed would not take down the Plaintiff as a person. Informing to the Plaintiff he filed his will with Norfolk Probate and Family Court.

2. May 20, 2005 the Plaintiff's grandfather Joseph G. Doolin passed away. Mary Doolin can account all the way until the last second as she states: she held his wrist "all the way down to the last pulse".

3. On or about November 26, 2008 the Plaintiff's fiancée grandmother Rosa Wood informed the Plaintiff to not let anyone take advantage of her granddaughter regarding her properties.

4. Late 2009, early 2010 the Plaintiff's grandmother Ruth C. Doolin gave the Plaintiff his grandparents residence at 143 Falcon St. Needham, MA 02492 per the grandfather's wishes. The Plaintiff's aunt Mary Doolin was outraged because the plaintiff wasn't supposed to get the house until he had his first child, Plaintiff eventually declined. The grandmother Ruth C. Doolin informed the Plaintiff she put the proceeds of $600,000.00 from the sale of the house into the trust the grandfather established for the plaintiff at Morgan Stanley Investments.

5. Throughout 2010 the Plaintiff's fiancée's mother Paula Wood kept pleading with the Plaintiff to sign a prenuptial agreement offering the Plaintiff the cape house at 80 Childs St. Centerville, MA 02632. The Plaintiff declined due to his promise to the grandmother Rosa Wood.

6. The Plaintiff married Leah Dyer in Falmouth, MA on June 18, 2011.

7. The Plaintiff and his wife Leah Doolin had their first child on or about May 10, 2014.

8. The Plaintiff's grandmother Ruth C. Doolin kept requesting the aunt Mary Doolin to give the Plaintiff the trust fund statements from Morgan Stanley Investments per the grandfather's wishes. The aunt Mary Doolin and her boyfriend Attorney Kevin Fay refused to hand the trust statements over.

9. October 21, 2014 the Plaintiff's family informs the Plaintiff his wife has been locked up and needs to speak to the Norfolk Probate and Family Court Clerk regarding his child.

10. October 22, 2014, Norfolk Probate and Family Court Clerk Patrick McDermott told the Plaintiff he lost the rights to his child, presenting the Plaintiff a non-paternity affidavit having the Plaintiff's signature forged and presenting a phony birth certificate claiming another court employee was now the father to the Plaintiff's child. While stating a divorce was granted claiming the Plaintiff was missing with the Plaintiff's father-in-law Attorney Richard Dyer as the Attorney on Record for Docket #13D1234DR, with McDermott creating a fictitious attorney "Delacy Crovo" for the filing of motions and who allegedly obtained a divorce at the pre-trial concealed from the Plaintiff in the matter of 162 seconds. Yet somehow the Plaintiff appeared to sign a non-paternity affidavit using a phony

social security number waiving the rights to his child at the same exact time the alleged divorce claimed the Plaintiff was missing.

11. Norfolk Probate and Family Court Clerk Patrick McDermott's scheme of an illusion to the Plaintiff went into full swing October 23, 2014, orchestrating an incredible scheme gaslighting the plaintiff, wangling the Plaintiff's wife, kidnapping the legitimate child by having Norfolk Probate and Family Court employees stage court hearings telling the Plaintiff he has no rights. Carrying out this scheme using fabricated document, after fabricated document. Over the next several years to collect the ransom of millions in estate money.

12. The plaintiff is retaliated by Norfolk Probate and Family Court Clerk Patrick McDermott for trying to file a complaint with the Massachusetts authorities with McDermott handing the Plaintiff a fabricated restraining order signed with a circle using a fictional Judge McDermott created. Each time the Plaintiff tries to file a complaint Patrick McDermott has his brother Chris McDermott of the Quincy Police Department Massachusetts manufacture phony warrants unlawfully arresting the Plaintiff holding the Plaintiff prisoner for 4 years threatening the Plaintiff of a dark future if he attempts to contact the federal authorities again.

13. July 12, 2017 the Plaintiff's grandmother Ruth C. Doolin passes away, but prior repeatedly informed the Plaintiff the trust is with Stephen Howlett of Morgan Stanley Investments.

14. April 2018 the Plaintiff goes to Washington DC to file a complaint for the kidnapping of his child. In retaliation Officer Chris McDermott of the Quincy, MA Police Department pinpoints the Plaintiff's location having the Plaintiff arrested. Using a fabricated warrant with Quincy, MA Police Detectives transporting the Plaintiff back to Massachusetts. Holding the Plaintiff prisoner for an additional 18 months threatening the Plaintiff not to go back to the FBI.

15. Plaintiff is released October 23, 2019 and attempts to eliminate the motive for the kidnapping of his child. Going to Morgan Stanley Investments in Boston, Massachusetts. Speaking with Anna Peterson at Stephen Howlett's office. Anna Peterson states: Plaintiff's aunt Ann Chizauskas closed the account for Joseph G. Doolin in 2011, "clapping her hands" saying and that's that. The Plaintiff responded by informing Anna Peterson and Stephen Howlett how Joseph G. Doolin told the Plaintiff he was sole beneficiary, while Ruth C. Doolin informed the Plaintiff his grandfather made the Plaintiff trustee once the Plaintiff has his first child. With Ruth C. Doolin trying to give the Plaintiff the statements with Mary Doolin refusing to hand them over. Anna Peterson tells the Plaintiff his grandparents Joseph & Ruth Doolin are "liars".

16. Authorities inform the Plaintiff he is being led up the garden path by the Massachusetts authorities with Governor Charlie Baker approving the kidnapping for ransom scheme. Plaintiff goes back to Washington DC arriving on or about

September 3, 2020. Plaintiff is told by the FBI Police United States Citizens are not allowed to file a complaint in person, stating the FBI only excepts complaints through electronic communication. Not one authority responds to the plaintiff's requests for help via electronic communication. It is then presented to the plaintiff he is the target of the "man in the middle scam" preventing the plaintiff from contacting the authorities via electronic communication by hacking the plaintiff's devices.

17. Plaintiff has made hundreds of calls to the National Center for Missing and Exploited Children since 2015, never once receiving a response. Plaintiff arrives to the National Center for Missing and Exploited Children in person on November 13, 2020 to file a complaint. Plaintiff video records attempt to file complaint since an individual was following him, male in black Mercedes sedan license plate (Maryland 041-Z57). National Center for Missing and Exploited Children is closed due to covid 19, plaintiff notices Morgan Stanley Investments is located right next door at 333 John Carlyle St. Alexandria, VA and requests to speak with a Morgan Stanley Investments representative over the ransom money for the kidnapping of the plaintiff's child. Security guard says no, plaintiff leaves a copy of kidnapping for ransom complaint with security guard for Morgan Stanley Investments.

18. Plaintiff again calls the National Center for Missing and Exploited Children at 1-800-843-5678 to report kidnapping for ransom, leaving another message. Followed by reporting the kidnapping for ransom on the National Center for Missing and Exploited Children's website, registration code #QJD77P51A1426 is provided to the plaintiff on November 13, 2020.

19. Congresswoman Eleanor Holmes Norton for the District of Columbia is the only authority who reaches out to the plaintiff on or about December 9, 2020 asking the plaintiff to sign a form for her to do an investigation. The plaintiff signs a form for Congresswoman Eleanor Holmes Norton to contact the Federal Bureau of Investigations on the plaintiff's behalf because citizens are not allowed to file a complaint in person. Plus, the execution of the man in the middle scam preventing the plaintiff from contacting the federal authorities. Congresswoman Eleanor Holmes Norton responds to the plaintiff that the FBI will only take the plaintiff's complaint via electronic communication.

20. On or about February 12, 2021 the plaintiff again calls the National Center for Missing and Exploited Children reporting the kidnapping of his child for the ransom of millions in estate money. The plaintiff is provided case# 85786243 and is told a case manager will respond to the plaintiff.

21. June 1, 2021, Plaintiff again tries filing a complaint in person to the National Center for Missing and Exploited Children since receiving no response from the hundreds of prior attempts. Upon arriving to the National Center for Missing and Exploited Children's entrance, the plaintiff is stopped by lady exiting the Morgan Stanley Investment building at 333 John Carlyle St. Alexandria, VA, asking if the

plaintiff was Joseph Doolin? The plaintiff responds yes how do you know my name? The lady states: "she is Janet the manager for Carlyle Council" demanding the plaintiff not to go to the National Center for Missing and Exploited Children. Threatening the plaintiff, she will have him barred if attempts to go to the National Center for Missing and Exploited Children. The plaintiff explained how his child was kidnapped for the ransom of millions in trust fund money. Where his grandfather established a trust for him at Morgan Stanley Investments for 50 + years, giving the plaintiff fiduciary control once the plaintiff had his first child. Plaintiff explained how none of his complaints or requests for help are responded to when made by electronic communication. Addressing why he needs to go to the National Center for Missing and Exploited Children in person to end the kidnapping for ransom scheme. Janet the Carlyle Council Manager called the Alexandria Police Department requesting a barment order so the plaintiff could not access the National Center for Missing and Exploited Children.

22. The plaintiff again calls the National Center for Missing and Exploited Children on June 1, 2021 at 1-800-843-5678, reporting the kidnapping by Norfolk Probate and Family Court Clerk Patrick McDermott for the corrupt motive to manipulate the plaintiff's grandfather's will in which Patrick McDermott is in control of. Followed by the reign of terror and retaliation by Patrick McDermott, his brother Officer Chris McDermott Quincy Police Department Massachusetts, his son Norfolk County Sheriff Jerry McDermott, among others in order to deplete as much money as possible from the estates of Joseph G. Doolin and Rosa Wood. The National Center for Missing and Exploited Children give the plaintiff case #1422185, informing the plaintiff a case manager will be in touch with the plaintiff.

23. The plaintiff has received no responses whatsoever from federal authorities and services, with the plaintiff being advised it is because the plaintiff is the target of the "man in the middle scam". Hacking the plaintiff's devices intercepting all requests for help, preventing the plaintiff from filing the kidnapping for ransom complaint so Norfolk Probate and Family Court Clerk Patrick McDermott, Morgan Stanley Investments Financial Advisors Stephen Howlett, Anna Peterson and others involved are not exposed. The plaintiff decided to exercise his First Amendment Right protected under the United States Constitution for the sole objective to obtain his Fifth and Fourteenth Amendments that are deprived by individuals acting under the color of law kidnapping his child for the ransom of millions in estate money. On June 9, 2021 the plaintiff parked his vehicle on John Carlyle St. across from the National Center of Missing and Exploited Children and Morgan Stanley Investments where part of the ransom money is. In a peaceful protest outlining the kidnapping for ransom scheme, showing the fabricated documents used to carry-out the kidnapping, revealing how the ransom money is concealed by Stephen Howlett at Morgan Stanley Investments. Who is trying to rob his 50 year client, the plaintiff's grandfather a veteran of World War II. With disapproval of citizens enjoying their most basic fundamental rights the Carlyle Council called the Alexandria Police on the plaintiff, who reported to the scene informing to the plaintiff under the First Amendment of the

United States Constitution he has a right to petition federal services for the constitutional rights being violated in order to carry out the kidnapping. Unfortunately for the plaintiff, the Alexandria Police Department would not file the plaintiff's kidnapping for ransom complaint, with supporting documents giving the complaint merit.

24. On June 10, 2021 the plaintiff was walking back to his vehicle after getting documents from the Eastern Virginia United States District Court on Ballenger Ave., where Morgan Babcock of the Carlyle Council stopped the plaintiff asking if the vehicle outlining the kidnapping for ransom scheme was his. The plaintiff responded yes. Morgan Babcock stated: "you are barred from accessing all of these federal buildings". The plaintiff asked why? Morgan Babcock stated: "she does not approve of the plaintiff exercising his Constitutional Rights and controls what citizens have access to the federal buildings and services located on her property". The plaintiff addressed how his child was kidnapped for the ransom of his grandfather's estate held on Morgan Stanley Investments and needs access to the National Center for Missing and Exploited Children. The Plaintiff provided Morgan Babcock a copy of the Plaintiff's complaint for {"Kidnapping for Ransom – Abduction – False Imprisonment – Deprivation of Rights – Obstruction of Justice – Hacking with Intent of Fraud – Estate Rigging – Fraud with Nefarious Motive – Among Other Things…,"}, Morgan Babcock took a glance at the Plaintiff's complaint stating: "your complaint says revised on June 6, 2021, what did you update on your complaint?" The Plaintiff showed Morgan Babcock the revised section of the Kidnapping for Ransom Complaint where the Plaintiff included a photo of the Non-Paternity Affidavit used to initiate the kidnapping, showing how a phony Social Security Number was used for the Plaintiff, with the Plaintiff's forged signature being notarized by the Plaintiff's wife. Morgan Babcock responded with "oh my god, where is Morgan Stanley Investments in here?". The Plaintiff responded he hasn't focused on Morgan Stanley Investments Wealth Management Advisor's Stephen Howlett and Anna Peterson with the ransom money in the complaint because the Plaintiff's priority is to reunite with his child asap. Explaining why it is so important to have access to the National Center for Missing and Exploited Children. Morgan Babcock stated: "we do not want you going to the National Center for Missing and Exploited Children". The Carlyle Council controls what United States Citizens can go to the National Center for Missing and Exploited Children. The plaintiff asked Morgan Babcock if she was covering-up for Morgan Stanley Investments who has part of the ransom with the plaintiff's grandfather's 50+ years of investments? Morgan Babcock proceeded to call the police. The Alexandria Police arrived to Ballenger Ave., Morgan Babcock told the Alexandria Police Officers the Carlyle Council pays the Alexandria Police Department and the City of Alexandria a lot of money to "house these federal buildings". Due to these large payouts Carlyle Council owns the streets/sidewalks giving access to the Federal Buildings located on the Carlyle Council property, therefore Carlyle Council controls what United States Citizens can and cannot have access to these Federal Buildings or services. Morgan Babcock requested a barment order against the plaintiff giving reason that she

disapproves of the plaintiff exercising his first amendment right and does not want the plaintiff to have access to the National Center for Missing and Exploited Children. The Alexandria Police Officers confirmed with the Alexandria Police Department that the Carlyle Council owns the streets / sidewalks that gives access to the Federal Buildings and Services located in the City of Alexandria. Allowing the Carlyle Council to pick / choose what United States Citizens may or may not have access to these Federal Buildings and Services. The Alexandria Police Officers handed the plaintiff a barment order preventing the plaintiff from accessing the Federal Buildings and Services located on the Carlyle Council Property. The plaintiff stated: "this is completely corrupt that the Carlyle Council can give payouts to a city preventing United States Citizens from accessing federal buildings and services. Especially the United States Patten Office and Trademark Office where citizens lose out on pattens or trademarks in the matter of hours or days. Carlyle Council can manipulate who gets a patten or trademark by pulling a stunt like this". Morgan Babcock put in her two sense in, responding: "you will have to deal with it like all the others".

25. June 10, 2021, the security officer for Morgan Stanley Investments at 333 John Carlyle St. Alexandria, VA, appeared before the Alexandria Police Officers (on behalf of the employees of Morgan Stanley Investments) making fictional claims against the plaintiff regarding the plaintiff dropping off the kidnapping for ransom complaint to Morgan Stanley Investments on November 13, 2020. Plaintiff recorded dropping off complaint.

26. June 11, 2021 the plaintiff changes his cell phone provider from AT&T to Metro PCS located at 7852 Richmond Hwy. Alexandria, VA 22306 due to the constant issues with the plaintiff's servers. The plaintiff kept his phone number 202-803-1257 providing his AT&T account #41811645 pin# 2518 to make the change to Metro PCS. Plaintiff's change of cell phone provider to Metro PCS was a success keeping the plaintiff's phone number 202-803-1257.

27. June 17, 2021 the plaintiff is again trying to file his kidnapping for ransom complaint with the federal authorities in Washington DC. The plaintiff phone rings on or about 12:00PM with incoming phone call from number 1-800-843-5678 (National Center for Missing and Exploited Children) with the plaintiff's phone immediately shutting off. After the plaintiff is blocked from filing his kidnapping for ransom complaint the plaintiff receives a voicemail from phone # 1-888-863-8768 at 12:41PM, Metro PCS customer service representative (Hazel) who leaves the plaintiff a message (tampered with, partially deleted) stating: per the plaintiff's request his phone number 202-803-1257 has been changed to 202-878-3143. The plaintiff never made a request to change his phone number.

28. June 18, 2021 the plaintiff returns to Metro PCS located at 7852 Richmond Hwy. Alexandria, VA 22306 inquiring how his phone number was changed from 202-803-1257 to 202-878-3143 without the plaintiff's permission. The Metro PCS never heard of this happening without the customers request contacting Metro

PCS Headquarters. Once the Metro PCS store representative was on the phone with Metro PCS Headquarters, the representative requested to speak to the store representative with the plaintiff outside. The plaintiff is called back into the store and is informed his number was changed back to 202-803-1257, refusing to explain to the plaintiff how his number was changed without the plaintiff's permission, stating it was probably because of a wrong account number from AT&T.

29. June 18, 2021, plaintiff goes to AT&T located at 6674 Richmond Hwy. Alexandria, VA 22306 to inquire about the plaintiff's account number and pin with AT&T. The AT&T representative now claiming the plaintiff's account number is #418119218983 with pin #2518. Plaintiff has video recording of AT&T representative providing plaintiff with account #41811645 and pin #2518 when plaintiff signed up with AT&T as his cell phone provider.

30. June 18, 2021 the plaintiff goes to the Alexandria Police Department located at 3600 Wheeler Ave. Alexandria, VA 22304 to file a complaint regarding the hacking of his cell phone devices, unauthorized phone number changes deleting the plaintiff's voicemails and violations of the plaintiff's constitutional rights by the Carlyle Council depriving the plaintiff access to federal buildings and services. The plaintiff described his complaint to an officer who said he will write a report and follow up, but cannot allow the plaintiff to file a complaint for violations of his civil rights. Explaining those violations must be done through court.

31. Currently the Plaintiff has been working on a project to expose the kidnapping of the Plaintiff's child for the ransom of millions in estate money. Making the general public aware of the injustice wall of "the thin blue line" (a.k.a. the thin blue line flag) that is associated with the blue wall of silence, an informal code of not reporting misconduct / criminal acts among law enforcement officers. In addition, the "man in the middle scam" conducted by hacking targeted devices to create an online illusion to the intended victims. Where both the blue wall of silence and the man in the middle scam are being used to carry-out the kidnapping of the Plaintiff's child so the ransom of millions can be collected. The Plaintiff has been working on a Patent and Trademark for the project exposing this incredible kidnapping for ransom scheme, by creating the "Thick Blue Line" (a.k.a. the Thick Blue Line Flag) that is associated with the founding principles for the United States of America. Having all the hallmarks of "Justice for all" and "equality for all". Rather than desecrating the American Flag by making it black and white with a horizontal thin blue stripe running through the middle of the flag. Meaning: "to divide" with the ideology law enforcement represents the upper half of the thin blue line flag who has their own set of rules and values. While the lower half of the thin blue line flag represents the rest of the American Citizens, creating an "us versus them" mentality, by running a subversionary government through a code of silence where the upper half of the thin blue line flag does not have to abide to Constitutional Law, with law enforcement having the objective to uphold and protect the thin blue line flag at any means necessary. Instead of upholding

and protecting the laws of the United States Constitution for all American Citizens. The Plaintiff created the Thick Blue Line Flag not to divide Americans but bring Americans together as one. With (1) American Flag having only the colors of red, white and blue. Overlaying a vertical thick blue line in the middle of the American Flag, lightly shaded areas for the vertical thick blue line to resemble the number (1), almost looking like a 3D dimensional. The Plaintiff's goal is to file for a Patent and Trademark with the United States Patent Offices – United States Trademark Offices. The Thick Blue Line Flag is to resemble one United States American Flag, one United States Constitution, one United States Government (having no codes of silence), with the ideology that all people are created equal, that these people have fundamental rights, such as liberty, free speech, freedom of religion, due process of law, and freedom of assembly. Focusing on the belief's: all citizens have natural / inalienable rights, rights which belong to each / every citizen by nature and can only be justly abridged through due process, especially in life, liberty, property, and the pursuit of happiness. While the 3D dimensional (1) resembling equality: believing all individuals have the same status regarding their claim as human beings to natural rights and treatment under the law. The overlaying design of the Thick Blue Line Flag reflects: no division, no mentality of "us versus one", one United States Constitution upheld and protected by individuals acting under the color of law, providing "Law and Order" for all, with a Judicial System providing "Justice for all".

## CLAIM I
### (Violations of Civil Rights and Liberties: Prohibiting the free exercise of freedom of speech, freedom of expression, right to peacefully assemble and to petition the Government for redressing grievances)
### (First Amendment United States Constitution)

32. Plaintiff realleges paragraphs 1 through 31.

33. By doing the acts described above in Paragraph 24, the Defendant's caused and / or permitted the violation of the Plaintiff's First Amendment Rights from prohibiting the free exercise of speech, free right of expression, free right to peacefully assemble with concerned citizens and the free right to petition the Government for redressing the grievances of deprivation of rights by individuals acting under the color of law, kidnapping the plaintiff's child while conspiring with multiple individuals for embezzling the ransom money.

## CLAIM II
### (Violations of Civil Rights and Liberties: Prohibiting access to public accommodations with un equal treatment by excluding access to federal facilities and services that are used by the public at large)

(Civil Rights Act of 1875 protecting all citizens in their civil and legal rights providing for equal treatment in public accommodations)

34. Plaintiff realleges paragraphs 1 through 31.

35. By doing the acts described above in paragraph 24, the Defendant's caused and / or permitted the violations of the Plaintiff's Civil Rights of the 1875 Act. Depriving the Plaintiff access to public accommodations by blocking the Plaintiff access to the Federal facilities and services of the National Center for Missing and Exploited Children, United States Patent / Trademark Offices. Federal accommodations used by the public at large when it comes to kidnapped children, missing children, exploited children, a patent and trademarks. Having the corrupt motive to cover-up the estate rigging scheme coordinated by Norfolk County Massachusetts Probate and Family Court Clerk Patrick McDermott and Morgan Stanley Investments Wealth Management Advisors Stephen Howlett, Anna Peterson who are concealing the ransom money (50+yr. trust of Joseph G. Doolin) for the kidnapping of the Plaintiff's child.

## CLAIM III
(Violations of United States Federal Laws: Obstruction of Federal Criminal Investigation with intentional harassment knowing a complaint is about to be supplied to a federal criminal investigator.)
(Title 18 U.S.C. § 1512 Obstruction of Criminal Investigation tampering with a victim)

36. Plaintiff realleges Paragraphs 1 through 31.

37. By doing the acts described above in Paragraph 21, Paragraph 24 and Paragraph 25, Defendant's caused and / or permitted the violation of Plaintiff's legal rights to supply a federal criminal investigator the Plaintiff's complaint for {"Kidnapping for Ransom – Abduction – False Imprisonment – Deprivation of Rights – Obstruction of Justice – Hacking with Intent of Fraud – Estate Rigging – Fraud with Nefarious Motive,… - Among Other Things"} protected under United States Laws Title 18 U.S.C. § 1512(c).

## CLAIM IV
(Violations of United States Federal Laws: Obstruction of Federal Criminal Investigation by misrepresentation, intimidation, force and threat to prevent the Plaintiff from supplying a complaint to a Federal Criminal Investigator.)
(Title 18 U.S.C. § 1510 Obstruction of Criminal Investigation)

38. Plaintiff realleges Paragraphs 1 through 31.

39. By doing the acts described above in Paragraph 21, Paragraph 24 and Paragraph 25, Defendant's caused and / or permitted the violation of Plaintiff's legal rights to supply a federal criminal investigator the Plaintiff's complaint for {"Kidnapping for Ransom – Abduction – False Imprisonment – Deprivation fo Rights – Obstruction of Justice – Hacking with Intent of Fraud – Estate Rigging – Fraud with Nefarious Motive,... - Among Other Things"} by providing misrepresentations for intimidation, with threats and use of force violating Title 18 U.S.C. § 1510 Obstruction of Criminal Investigation.

## CLAIM V

(Violations of United States Federal Laws: Corruptly by threat and force obstructing, impeding the due proper administration of law before a department or agency of the United States.)

(Title 18 U.S.C. § 1505 Obstruction of proceedings before departments, agencies, and committees)

40. Plaintiff realleges Paragraphs 1 through 31.

41. By doing the acts described in Paragraph 21, Paragraph 24, Paragraph 25, and Paragraph 31, Defendant's caused and / or permitted the violations of the Plaintiff's legal rights to supply the Plaintiff revised complaint for {"Kidnapping for Ransom – Abduction – False Imprisonment – Deprivation of Rights – Obstruction of Justice – Hacking with Intent of Fraud – Estate Rigging – Fraud with Nefarious Motive – Among Other Things...,"} revised by the Plaintiff on June 6, 2021. By corruptly threatening, followed by use of force obstructing the due proper administration of law before a department or agency of the United States. Violating United States laws under Title 18 U.S.C. § 1505.

## CLAIM VI

(Violations of United States Federal Laws: 2 or more persons agree to injure, oppress, threaten, or intimidate a person in any state, territory or district in the free exercise or enjoyment of any right or privilege secured to him / her by the Constitution or Laws of the United States, (or because of his / her have exercised the same.)

(Title 18 U.S.C. § 241 Conspiracy against rights involving the offense of kidnapping)

42. The plaintiff realleges Paragraph's 1 through 31.

43. By doing the acts described in Paragraph 15, Paragraph 21, Paragraph 23, Paragraph 24, Paragraph 25, Defendant's caused and / or permitted the

violations of the Plaintiff's rights of speech, expression, assemble and to petition the Government to redress the Plaintiff's grievances. Defendant's conspire to violate the Plaintiff's first amendment rights and rights protected under federal law, to furthermore violate the Plaintiff's rights deprived to carry-out the kidnapping of the Plaintiff's child. Having the corrupt motive to embezzle the ransom money at Morgan Stanley Investments, where the plaintiff's grandfather Joseph G. Doolin established a trust for 50+ years making the plaintiff sole beneficiary, while giving the Plaintiff fiduciary control upon having his first child. Violated the Plaintiff's rights protected under federal law Title 18 U.S.C. § 241.

## CLAIM VII

### (Violations of Federal Laws: Conspiracy for the purpose of impairing, obstructing or defeating the lawful functions of any department of government by deceit, craft, trickery and bribery)
### (Title 18 U.S.C. § 371 Conspiracy to Defraud the United States)

44. The Plaintiff realleges Paragraph's 1 through 31.

45. By doing the acts described in Paragraph 21, Paragraph 24, Paragraph 25, and Paragraph 31, Defendant's conspired to cause and / or permit the violations of the Civil Rights Act of 1875 access to public accommodations, Civil Rights Act of 1964 discrimination over access to public accommodations, Federal Law Title 18 § 1505 obstructing proceedings before any department within the United States, and First Amendment Rights to all United States Citizens. With bribery and payouts to the City of Alexandria, VA; City of Alexandria Police Department; to "house federal buildings" on the private property for the Carlyle Council. Having the corrupt motive to control what United States Citizens may have access to the United States Federal Facilities and Federal Services (National Center for Missing and Exploited Children / United States Patent Offices / United States Trademark Offices) by owning the streets / sidewalks that gives the only access to these Federal Buildings / Services. In a conspiracy which is calculated to issue a barment order to any United States Citizen of their choosing, having the punitive purpose to obstruct or impair these Federal Facilities efficiency and destroy the value of its operation by manipulating what United States Citizens may have access to the National Center for Missing and Exploited

## OVERT ACTS

46. On October 21, 2014 the Plaintiff's wife Leah Doolin informed the Plaintiff "someone made her do something stupid", telling the Plaintiff she needs to speak to someone before she tells the Plaintiff so she does not get in anymore trouble. The Plaintiff does not hear back from his wife, eventually told by his family the Plaintiff's wife is "locked up". Directing the Plaintiff to the Norfolk County

Massachusetts Probate and Family Court Clerk Patrick McDermott regarding the Plaintiff's child. October 22, 2014 Patrick McDermott tells the plaintiff "someone else is now the father to your child" handing the Plaintiff a phony Quincy Birth Certificate having his wife's maiden name, different name for the Plaintiff's child, claiming another court employee is now the father in Docket 14W0296WD. Plaintiff's child was born in Boston, MA.



47. Plaintiff responds this is ridiculous, asking where his child was. Patrick McDermott then hands the Plaintiff a Non-Paternity Affidavit again having a different name for the Plaintiff's child, a phony social security number for the Plaintiff, the Plaintiff's signature forged, notarized with a scribble. Patrick McDermott states: you waived your rights to your child.

47. Plaintiff responds this is ridiculous, asking where his child was. Patrick McDermott then hands the Plaintiff a Non-Paternity Affidavit again having a different name for the Plaintiff's child, a phony social security number for the Plaintiff, the Plaintiff's signature forged, notarized with a scribble. Patrick McDermott states: you waived your rights to your child.

May. 14. 2014  2:32PM ▬▬▬▬▬▬▬  No. 1649  P. 3

*Commonwealth of Massachusetts*
## AFFIDAVIT OF NON-PATERNITY
### This is a legal document. Print or type in permanent black ink.

We acknowledge that the husband at the time of the child's birth or within 300 days of conception is not the father of the following child:  *Social Security #* / *(if assigned)*

Full name as it appears on the birth certificate:  **OLIVIA   ROSE   ELLIS**  First, Middle, Last

Birthplace:  City/Town   State   **BOSTON, MA**   Date of Birth (Month spelled out, Day, Year)  **MAY 10, 2014**   Sex (M/F)  **F**

**MOTHER**   *Social Security #*   **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**

Full name to appear on the birth certificate:  First, Middle, Last  **LEAH   WOOD   DYER   (DYER)**   Surname at Birth or Adoption

Residence:  No. & Street Name  **150 QUARRY STREET APT 501, QUINCY, MA 02169**   City/Town   State   Zip Code

Date of Birth (Month spelled out, Day, Year)  **DECEMBER 18, 1980**   Birthplace:  City/Town  **BOSTON, MA**   State (Country if not U.S.)

**PRESUMED FATHER**   *Social Security #*   **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**

Full name to appear on the birth certificate:  First, Middle, Last  **JOSEPH   PATRICK   DOOLIN   (DOOLIN)**   Surname at Birth or Adoption

Residence:  No. & Street Name  **15721 SOHOMA DRIVE APT 505, FT. MYERS, FL 33908**   City/Town  **BROCKTON, MA**   State (Country if not U.S.)

Date of Birth (Month spelled out, Day, Year)  **MARCH 09, 1977**   Birthplace:  City/Town   State (Country if not U.S.)

Check one:

☑ We, the mother and presumed father as listed above, are married and we were married at the time of this child's birth.

☐ We, the mother and presumed father as listed above, are now divorced from each other but we were legally married when the child was born or within 300 days prior to the child's birth.

We acknowledge that the presumed father is not the father of the above-named child. We understand that we may consult an attorney. We understand that by signing this affidavit we may both be giving up certain rights if the presumed father is not named the father of the above-named child. We do not want his name to appear on the child's birth certificate. We understand that his name will appear on the birth certificate unless the mother and the child's biological father complete a Voluntary Acknowledgment of Parentage or a court judgment is issued declaring that someone else is the father/parent.

We do not object to this affidavit being filed with the court even if one of us is not present. We understand and agree that the court, based on this affidavit, may enter a judgment declaring that another individual is the child's father or legal parent. The information above is true to the best of our knowledge and belief. We have read and understand the information on this form, and on the *Affidavit of Non-Paternity: Notice of Rights and Responsibilities.* I hereby swear or affirm under the penalties of perjury that the information above is true to the best of my knowledge and belief.

On this  12th  day of  May  2014  before me, the undersigned notary public, personally appeared  Leah Wood Dyer  Leah Dyer , which was or were proved to me through satisfactory evidence of identification, which was or were  Mass Drivers License  to be the person whose name is signed on this document and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of her knowledge and belief and that she signed this form voluntarily for its stated purpose.

*Signature of Mother*  [signature]   *Notary Public*  Dale L Bane

Form read to  **ENGLISH**

On this  12  day of  MAY  2014  before me, the undersigned notary public, personally appeared  Jose ph Patrick Doolin , who proved to me through satisfactory evidence of identification, which was or were  LICENSE  to be the person whose name is signed on this document and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of his knowledge and belief and that he signed this form voluntarily for its stated purpose.

*Signature of Presumed Father*  [signature]

Form read to  **ENGLISH**

[handwritten notes] Father / ...rty # for husband / ...ry Stamp / 5/10/14

#1 signature

EXHIBIT

48. Plaintiff tells the Court Clerk Patrick McDermott he did not sign this, stating: he is married and that's not his child's name or wife's name. Patrick McDermott states: your wife changed her name from Leah Doolin back to Leah Dyer. Presenting the Plaintiff a Change of Name Decree from Docket #14C0037CA stating: "you agreed to it and signed it". The Plaintiff sees his signature forged on another court document claiming the Plaintiff was born in Boston, MA, when the Plaintiff was born in Brockton, MA.

49. Inside Docket #14C0037CA was a Certificate of Divorce Absolute with the Plaintiff's name on it but not filled out by the Court.

Division   Norfolk

Docket No.   13D1234-DR

**The Commonwealth of Massachusetts**
**Department of Public Health**
**Registry of Vital Records and Statistics**

⑨

**CERTIFICATE OF ABSOLUTE**
**DIVORCE OR ANNULMENT**
(G.L. Chap. 208, Sec. 48)
R-408

| | | | | |
|---|---|---|---|---|
| Husband-Name First | | Middle | Last | |
| 1. JOSEPH | | P. | DOOLIN | |
| Usual Residence-Street Address | | City, Town, or Location | | |
| 2a. 219 GROVE STREET | | 2b. HANOVER, MA 02339 | | |
| County | State | Date of Birth (mo., day, yr.) | Number of this Marriage (1st, 2nd, specify) | |
| 2c. PLYMOUTH | 2d. MA | 3 MARCH 9, 1977 | 4. 1ST | |

| | | | | |
|---|---|---|---|---|
| Wife-Name First | Middle | Last | Maiden Name | |
| 5a. LEAH | W | DYER DOOLIN | 5b. DYER | |
| Usual Residence-Street Address | | City, Town, or Location | | |
| 6a. 139 QUARRY STREET | | 6b. QUINCY, MA 02169 | | |
| County | State | Date of Birth (mo., day, yr.) | Number of this Marriage (1st, 2nd, specify) | |
| 6c. NORFOLK | 6d. MA | 7. DECEMBER 16, 0480 | 8. 1ST | |

| Date of this Marriage (mo., day, yr.) | Number of Children Born Alive of this Marriage | Number of Children under Age 18 in this Family |
|---|---|---|
| 8 JUNE 18, 2011 | 10a. 0 | 10b. 0 |

**FOR COURT USE ONLY**

| | | | |
|---|---|---|---|
| County of Judgment | | | Title of Court |
| 11. | | | 11a. |
| Date of Judgment Nisi (mo., day, yr.) | Type of Judgment - Divorce or Annulment | | Date of Judgment Absolute (mo., day, yr.) |
| 12. | 13. | | 14. |
| Docket Number | Name of Plaintiff | Cause for which Granted | |
| 15. | 16. | 17. | |
| Signature of Certifying Official | | Title of Official | |
| 18a. | | 18b. | |

50. The Plaintiff asks the Norfolk Probate and Family Court Clerk Patrick McDermott what is a Certificate of Divorce Absolute? Patrick McDermott states: "by the way your divorced too" handing the Plaintiff Docket #13D1234DR, showing the Plaintiff a Divorce Judgement Nisi signed with a (circle).

**JUDGMENT OF DIVORCE NISI**
**G.L. c. 208, § 1B**

Docket No.

NO13D1234DR

Commonwealth of Massachusetts
The Trial Court

Probate and Family Court

Norfolk Probate and Family Court
35 Shawmut Road
Canton, MA 02021

(781)830-1200

Plaintiff:  Leah Dyer Doolin

Of:   Quincy                         MA

V.

Defendant:  Joseph P Doolin

Of:   Hanover                        MA

As provided by Chapter 208, §1B, all persons having been notified in accordance with the law and after hearing, it is adjudged nisi that a divorce from the bonds of matrimony be granted the said plaintiff for the cause of irretrievable breakdown of the marriage. Upon and after the expiration of ninety days from the entry of this judgment it shall become and be absolute, unless, upon application of any person within such period, the Court shall otherwise order.

Pursuant to M.G.L. c.208 §34 and based upon the testimony of the parties, their agreement and their financial statements, the Court finds the agreement to be fair and reasonable, voluntarily entered into and not the product of fraud, coercion or duress.

It is ORDERED that:

The Agreement of the parties dated _____ is approved and incorporated into and made part of this Judgment, and

☐ shall merge
   and have no independent legal significance hereafter.

☐ shall not merge
   and shall survive and remain as an independent contract.
   ☐ Except
      for those provisions related to the child(ren) which provisions shall merge and shall not survive.

It is further ordered that the spouse is hereby given the right to resume his/her former name, to wit:
Leah Dyer

Final  9/11/14

Signature #2 →

Entire Divorce Proceedings Concealed from me. Signed with the Letter [J]

te:        June 12, 2014

JUSTICE OF THE PROBATE AND FAMILY COURT

51. The Plaintiff in disbelief, starts stating to the Norfolk Probate and Family Court Clerk Patrick McDermott how this is absolutely crazy and he was never missing. Plaintiff shows his phone call log revealing how he is in constant contact with his wife. Patrick McDermott states: your father-in-law said you were! He filed the motion to serve by publication. The Plaintiff asked who is Attorney Delacy Crovo? And who is Judge John Casey? Showing the clerk how in the world could I be missing for a divorce at a pre-trial hearing on June 12, 2014, when the Non-Paternity Affidavit with my forged signature shows it was signed on May 12, 2014 and the forged Change of Name Decree is dated February 10, 2014. What type of Judge would miss this? Patrick McDermott states you can speak to Judge John Casey yourself tomorrow.



52. Plaintiff reports back to Norfolk Probate and Family Court on October 23, 2014 to plead for his child. Unknown to the Plaintiff, Norfolk Probate and Family Court Clerk Patrick McDermott staged a court hearing for the Plaintiff. With Norfolk Probate and Family Court employees posing as the fictional Judges and Lawyers Patrick McDermott creates. Having already kidnapped the Plaintiff's child for the corrupt motive to create an illusion to the Plaintiff that Norfolk Probate and Family Court has effectively eliminated Constitutional Law and the Plaintiff's rights to due process. Patrick McDermott's objective is to create the image to the Plaintiff: "Judge John Casey is God" overruling the United States Constitution and what he says goes, wangling the Plaintiff's wife until the Plaintiff goes away. While providing the grandmother Ruth C. Doolin fabricated DNA tests so she would stop trying to give the Plaintiff the trust. By eliminating the Plaintiff's child, Patrick McDermott will have successfully eliminated the Plaintiff as trustee for a trust worth millions established by the grandfather Joseph G. Doolin for 50+ years at Morgan Stanley Investments. In addition, Patrick McDermott will avoid any exposure for the manipulation of the wife's grandmother's estate Rosa Wood. Where he made Paula Wood the Plaintiff's mother-in-law trustee, with Paula Wood paying off Martin Wood her brother for $5,000,000.00 to remove himself as the 1st nominated trustee of the Rosa Wood Property Trust and Investment Trust. This payout to Martin Wood takes him out of the equation for Patrick McDermott to corruptly make Paula Wood trustee since Rosa Wood nominated two friends as trustee after Martin Wood. Enabling Paula Wood to embezzle millions where the Plaintiff's wife is majority beneficiary. Patrick McDermott can manipulate 2 family estates with one wedded couple by kidnapping the legitimate child, creating a phony divorce so no financials are ever revealed if the wedded couple decided to ever get a divorce. Using ridiculous fabricated documents signed with scribbles,  with phony court stamps, and fictional characters so the wedded couple could take the blame by claiming their mentally ill if ever exposed. Starting with a ridiculous docket # 13D"1234"DR, with the Plaintiff receiving a divorce judgement nisi at "pre-trial" by a fictional Judge in a matter of 162 seconds and a fictional attorney "Delacy Crovo". While the Plaintiff's father-in-law is the attorney on record.



53. Allegedly the Plaintiff's father-in-law files for a divorce concealed from the Plaintiff on August 19, 2013 receiving docket #13D1553DR upon learning of the Plaintiff's wife's pregnancy. While allegedly docket #13D1234DR was filed on September 9, 2013 also concealed from the Plaintiff. "Attorney Delacy Crovo" never files an appearance but is able to get a divorce judgement granted. "Judge John D. Casey" is later changed to  "JudgePaul Cronan"



54. Court Clerk Patrick McDermott blocks all motion's to be heard for a year, 10/23/14 until 10/26/15. While the Court Clerk continues to represent to the Plaintiff obtaining a divorce in just (1) hearing ex-parte at pre-trial happens all the time. When the Plaintiff confronts the Court Clerk how a divorce with no financials, no due process, all in 162 seconds, the Clerk states: "you have to understand Judge John Casey is God and answers to no one". The Plaintiff responded: Judge Casey granted a service by publication on 1/31/14 in the "Quincy Sun" with no hearing, with a motion stating I live in Florida. Then Judge Casey approves a divorce for the first hearing on the case, which was pre-trial. Claiming my whereabouts where unknown, with a mysterious Attorney "Delacy Crovo" having no appearance filed stating: publication was done in a Florida Newspaper with no answer. While you say I appeared before Norfolk Probate and Family Court on 2/10/14 to sign a Change of Name Decree for my wife falsely stating I was born in Boston, with no hearing in docket #14C0037CA, with "Crovo stating: its #14C0025CA. Then appear at St. Elizabeth's Brighton, MA on May 12, 2014 to sign over my legal rights to my child on a non-paternity affidavit using a phony social security number, just so I could hold my child and tell her how much I love her, promising to be the best dad in the world. Then Judge Casey approves motions on 6/17/14 in docket #14W0296WD for my wife who is now telling Judge Casey she was never married and had a child born out of wedlock, 5 days after Judge Casey gives my wife a divorce stating "no children were born during the marriage". Judge Casey then grants some stranger legal rights to my child who is a court employee. Plaintiff states: "how was I missing"? Court Clerk just continues to block Plaintiff's motions. Patrick McDermott even changes docket entries, 9/26/15 was never held as the Plaintiff was kicked out of the Courtroom by the bailiff because "Judge Phelan" was sitting on the bench. While "Judge Paul Cronan" is now the Judge.



55. Upon learning the Plaintiff went to the Massachusetts State Police, Massachusetts Attorney General and Board of Bar Overseers who refused to allow the Plaintiff to file a complaint. Patrick McDermott fabricated a MA G.L. 209A Domestic Violence Restraining Order claiming the Plaintiff made (1) threatening phone call from a blocked number to the court employee posing as the Plaintiff's child's father. McDermott uses his fictional Judge "John Casey" on the order signing it with a "circle" in docket #15RO0121. Permanently depriving the Plaintiff his child, giving it to the Plaintiff in McDermott's office. Court Clerk Patrick McDermott knows none of it make any legal sense, with a 209A restraining order having to meet the statues under Massachusetts law with some sort of domestic relation between to two parties (marriage, blood, same household, child in common, or relative). With any such order being issued out of the district court, providing conclusive evidence of (3) acts of violence or threats. Since the Plaintiff is not going away, this is a calculated scheme conspiring with his brother Officer Chris McDermott of the Quincy Police Department, son Jerry McDermott Sheriff of Norfolk County and other corrupt officials to terrorize / torture the plaintiff for filing a complaint.

56. The Plaintiff finally accepts the motive for the kidnapping of his child was because his grandmother Ruth C. Doolin was trying to give him the trust fund statements from Morgan Stanley Investments with the Plaintiff's aunt Mary Doolin and Partner Probate Attorney Kevin Fay refusing to hand them over. With Patrick McDermott fabricated Department of Revenue Child Support Enforcement Employees "Terry Keefe" to fabricate a DNA test, then creating a phony website "AAR Premier Testing Center" fabricating a DNA test for the court employee posing as the father. Attorney Kevin Fay and Mary Doolin used these fabrications to get Ruth C. Doolin to stop trying to give the Plaintiff the trust, claiming the will doesn't go into effect until the Plaintiff has a child, saying "DNA is DNA", it's science! The Plaintiff informed the Norfolk Probate and Family Court Clerk his grandmother told him his grandfather Joseph G. Doolin nominated the Plaintiff as trustee of his will filed with Norfolk Probate and Family Court, requesting to see it hoping to remove the motive so the Plaintiff could reunite with his child. The Court Clerk hands the Plaintiff docket #06P1964VE with my Aunt Mary Doolin volunteering to Executrix, notarized by her partner Attorney Kevin Fay, bogus. With McDermott concealing my grandfather's real will.

57. Patrick McDermott orchestrating this kidnapping for ransom scheme by hacking the Plaintiff's devices creating an illusion with McDermott's fictional court employees. In addition, preventing the Plaintiff from filing a complaint by intercepting all requests for help or legal assistance. Even luring the Plaintiff to Attorney "Richard Cunha" located at 253 Wilbur Ave. Swansea, MA 02777, after the Plaintiff fired Attorney "Gregory Hession" for misrepresentations. The Plaintiff has reason to believe "Attorney Cunha" was another one of Patrick McDermott's fictional characters who had the punitive objective to murder the Plaintiff. When the Plaintiff arrived to "Attorney Cunha's" office for an appointment. The plaintiff walked in the front door, through a kitchen into a room covered in plastic where Attorney Cunha said he was doing renovations. Leading the Plaintiff to the family room on the right with a desk and chairs planted in the middle of the room. Attorney Cunha claimed to be a "Rule 60(b)(3) Relief from Judgement (based on fraud) expert". The plaintiff already had motion for Rule 60(b)(3) already drafted by "Attorney Hession" with a bunch of misrepresentations. The Plaintiff tried to revise the motion but realized it needs the correct margins, specific fonts, and most importantly could only be the maximum of 5 pages. The Plaintiff didn't want to have the motion rejected due to a technicality and at the same time was contacted by Cunha. Disturbingly, Attorney Cunha knew nothing about the law and suggested making the motion 10-20 pages, only interested in what the Plaintiff knew at the time. The Plaintiff cut the meeting short immediately packed his bag and left with Attorney Cunha cutting him off blocking the doorway in the plastic room. Cunha kept looking over the Plaintiff's shoulder, asking the Plaintiff more questions on what he knew. The Plaintiff then realized the ceiling was also covered in plastic, knowing typical renovations do not require covering the ceiling with plastic becoming alarmed with how Attorney Cunha was blocking the exit. The Plaintiff started to push his was out with Attorney Cunha backing off. Once outside the Plaintiff realized how bizarre the setup was for a lawyer, noticing the sign was freshly dug in. Below are some of the examples of Norfolk Probate and Family Court Clerk Patrick McDermott's fictional characters, most are Norfolk Probate and Family Court employees, while the Judge Christina Harms for my aunt Mary Doolin's voluntary executrix case, is actually my cousin Kathy Chizauskas Rowell wearing a wig.



Retired Massachusetts Judge Christina Harms, of Weston, is seen at her home Tuesday (AP)

A retired Massachusetts judge is defending her decision to order a mentally ill woman to have an abortion and be sterilized against her wishes.

**Raise your glass to Patrick W. McDermott, my hack hero**

Howie Carr
PUBLISHED: December 5, 2008 at 12:00 a.m. |
UPDATED: November 17, 2018 at 12:00 a.m.
Columnists, News, Opinion, Opinion Columnists,
Sports, Sports Columnists



This is a flyer the Plaintiff created trying to identify the individuals executing the kidnapping for ransom scam, to fully understand the extent of this criminal enterprise.





NEXT UP

**Attleboro COA warns of dangers for elders during pandemic**

# Attleboro native to become chief justice of the Probate and Family Court

By David Linton dlinton@thesunchronicle.com

May 15, 2018



**Judge John Casey**



BOSTON — Probate Judge John D. Casey, an Attleboro native, will become chief justice of the Probate and Family Court this summer.

58. After the Plaintiff fired Attorney Hession for his misrepresentation of the Plaintiff, Attorney Hession changed the Plaintiff's hearing scheduled for 10/26/15 without the Plaintiff's knowledge and after the Plaintiff fired Hession. The Plaintiff was told the hearing was rescheduled because "Judge Casey" was not sitting on the bench, when in reality McDermott couldn't utilize a Courtroom to carry-out his scheme. The Plaintiff went to the scheduled hearing on 10/26/15 to inform the Judge what was going on, the Plaintiff was told Judge Phelan was sitting on the bench. Judge Phelan made the Plaintiff sit in Court from 9:00AM until 5:00PM refusing to hear the Plaintiff. The Bailiff kicked the Plaintiff out of the Court stating: "you are not going to be heard". The Plaintiff tried filing complaints with the Massachusetts Attorney General's Office and Massachusetts State Police the following day, with both agencies refusing to allow the Plaintiff to file a complaint. In retaliation for trying to file a complaint, Patrick McDermott has his brother Officer Chris McDermott of the Quincy, MA Police Department fabricate a warrant to unlawfully arrest the Plaintiff on 10/28/15. McDermott's brother fabricates multiple warrants not even signed by a Judge over the next several years to terrorize the Plaintiff holding him prisoner for over 4 years.

| CRIMINAL COMPLAINT DEFENDANT COPY | DOCKET NUMBER 1556CR005651 | NO. OF COUNTS 1 | Trial Court of Massachusetts District Court Department | |
|---|---|---|---|---|
| DEFENDANT NAME & ADDRESS Joseph P Doolin 229 Grove St Hanover, MA 02339 | | | COURT NAME & ADDRESS Quincy District Court One Dennis Ryan Pkwy Quincy, MA 02169 (617)471-1650 | |
| DEFENDANT DOB 03/09/1977 | COMPLAINT ISSUED 10/28/2015 | DATE OF OFFENSE 10/28/2015 | ARREST DATE 10/28/2015 | |
| OFFENSE CITY/TOWN Quincy | OFFENSE ADDRESS 1 Sea Street | | NEXT EVENT DATE & TIME 10/28/2015 09:00 AM | |
| POLICE DEPARTMENT Quincy PD | POLICE INCIDENT NUMBER 15056724 | | NEXT SCHEDULED EVENT Arraignment | |
| OBTN TQU... ...001 | PCF NUMBER 1771646 | DEFENDANT XREF ID 7055025 | ROOM / SESSION Arraignment Session | |

The undersigned complainant, on behalf of the Commonwealth, on oath complains that on the date(s) indicated below the defendant committed the offense(s) listed below and on any attached pages.

| COUNT | CODE | DESCRIPTION |
|---|---|---|
| 1 | 209A/7 | ABUSE PREVENTION ORDER, VIOLATE c209A §7 |

On 10/28/2015 did fail to comply with a court order to refrain from abuse, to vacate the household, multiple family dwelling or workplace, to have no contact with the plaintiff or the plaintiff's minor child(ren), or to surrender any license to carry firearms and/or firearms identification cards which the defendant held, or to surrender all firearms, rifles, shotguns, machine guns and ammunition which the defendant then controlled, owned or possessed, issued under the provisions of G. L. c 208, §18&34B-34C, G. L. c 209, §32, G. L. c 209A, §3-5 or G. L. c 209C, §15 and §20, or a protection order issued by another jurisdiction, as defined in G.L. c 209A, §1, in violation of G. L. c. 209A, §7 and/or §35

(PENALTY: house of correction not more than 2½ years, or not more than $5000; or both, court shall order completion of certified batterer's intervention program (§10; plus $350 assessment in addition to cost of program) or make written findings why it should not be ordered; court may order payment of damages to victim. "In addition to, but not in lieu of, the forgoing penalties and any other sentence, fee or assessment, . . . the court shall order persons convicted of a crime under this statute to pay a fine of $25 that shall be transmitted to the treasurer for deposit into the General Fund.")

| SIGNATURE OF COMPLAINANT X | SWORN TO BEFORE CLERK-MAGISTRATE/ASST.CLERK/DEP. ASST. CLERK X | DATE |
|---|---|---|
| NAME OF COMPLAINANT X | CLERK-MAGISTRATE/ ASST. CLERK X | DATE |

Notice to Defendant: 42 U.S.C. § 3796gg-4(e) requires this notice: If you are convicted of a misdemeanor crime of domestic violence you may be prohibited permanently from purchasing and/or possessing a firearm and/or ammunition pursuant to 18 U.S.C. § 922 (g) (9) and other applicable related Federal, State, or local laws.

59. When the Plaintiff goes to Washington DC in 2018 to file a complaint and is denied, the Plaintiff heads to Fairfield, Ohio to get a copy of the DNA test McDermott fabricated from DDC Diagnostics. Officer Chris McDermott and the Quincy Police Department report to the Springdale Ohio Police the Plaintiff exact location, manufacturing another warrant for the Springdale Police to unlawfully arrest the Plaintiff so the kidnapping for ransom scheme is not exposed. With Quincy Police Officers transporting the Plaintiff back to Massachusetts in chains to further terrorize him and torture him by holding him prisoner for an additional 18 months.

**Springdale Police Department**
12105 Lawnview Avenue
Springdale, OH 45246
513-346-5760

Incident Number: 2018000004328
File No: N/A
Dispatch Incident Number: N/A
Print Date: August 20, 2020
Printed By: cberter

## Incident Report

### Incident Information

| Occurred On/From | Day of Week | Date | Time | Occurred To | Day of Week | Date | Time | Reported On | Date | Time |
|---|---|---|---|---|---|---|---|---|---|---|
| | Fri | 05/11/2018 | 7:00:00PM | | Fri | 05/11/2018 | 7:00:00PM | → | 5/11/2018 | 7:00:00PM |

| Reported As | Incident Type - Primary | Arresting Officer |
|---|---|---|
| Signal 30 | Signal 30 Other Dept | |

| Incident Address | Reporting Officer |
|---|---|
| 12150 Springfield Pk., Springdale, OH 45246 | Lieutenant Michael Ott |

| Sector | Stat. Area | Sub Stat. Area | Census Tract | Landmark |
|---|---|---|---|---|
| 002 | WIMBLEDONS | | | |

| Business Name | Incident Types - Other |
|---|---|
| La Quinta | |

### Associated Persons Summary

| Type | Name(Last, First, MI) | Date of Birth | Sex | Home Phone # | Cell Phone # | Work Phone # |
|---|---|---|---|---|---|---|
| Arrested | Doolin, Joseph P | 3/9/1977 | M | N/A | N/A | N/A |
| Address: At Large, | | Op License: | Redacted ORC 149.43(A)(1)(dd) | | | |

### Involved Officers

| Officer Title | Officer Name | Officer Type | Division |
|---|---|---|---|
| Lieutenant | Michael Ott | Reporting Officer | Supervisors |
| Patrol Officer | Ricky C Grantz Jr | Assisting Officer | Patrol |
| Patrol Officer | Brandon J Osborne | Assisting Officer | Patrol |

No Involved Officers Data Available for Incident #: 2018000004328

### Arrest Offenses

| Seq # | Chapter | Section | Name(Last, First, MI) | Description of Offense |
|---|---|---|---|---|
| 1 | SIGNAL 30 | N/A | Doolin, Joseph P | SIGNAL 30 |

### Arrestee Seq. # 1

| Suspect Type | Suspect Name | Alias/Nickname | Occupation | Probation Control File | SSN |
|---|---|---|---|---|---|
| N/A | Doolin, Joseph P | N/A | N/A | N/A | N/A |

| Date of Birth | Age | Sex | Race | Ethnicity | Skin Tone | Height | Weight | Eye Color | Hair Color |
|---|---|---|---|---|---|---|---|---|---|
| 3/9/1977 | 41 | Male | Caucasian | Not Hispanic | N/A | 75.00 | 220 | Blue | Ilde or Strawb |

Scars / Marks / Tattoos / Other Physical Characteristics:
No Physical Characteristic Data Reported

### Property Recovery/Notification

| Recovered By: | Date/Time Recovered | Owner Notified By: | Total Value Stolen | Total Value Recovered |
|---|---|---|---|---|
| | | | | |

---

---

**Springdale Police Department**
12105 Lawnview Avenue
Springdale, OH 45246
513-346-5760

Incident Number: 2018000004328
File No: N/A
Dispatch Incident Number: N/A
Print Date: August 20, 2020
Printed By: cberter

## Incident Report

| Narratives for Incident Number 2018000004328 ? | Yes |
|---|---|
| Other Narratives not authorized for print? | None |
| Narratives this user authorized to print: | |

Narrative by: Lieutenant Michael Ott Division: Supervisors

| Date & Time | Narrative Type | Entered by | Status | Reviewed by | Last Edit Date |
|---|---|---|---|---|---|
| 05/11/2018 19:47 | Initial | Lieutenant Michael Ott | Closed Narrative Merits | Lieutenant Dale Morris | 05/11/2018 |

Arrested Joseph Doolin on Massachusetts warrant 15056724. Same was transported to CJC.

_Signature - Reporting Officer_      _Signature - Reviewing Officer_

60. The Plaintiff has again come to Washington DC on or about September 3, 2020 to file a complaint in order to end this kidnapping for ransom scheme. The FBI Police working the front door to the FBI Headquarters and Washington DC Field Office tell the Plaintiff: "United States Citizens are not allowed to file a complaint in person with the FBI, no matter how bad the complaint is, even if it is a matter of National Security". Providing the Plaintiff the card below stating citizens can only email or call "1-800-TELL-FBI" to file a complaint. The Plaintiff explains the man in the middle scam and how he can't get in touch with any authority, lawyer ect... in 6 years, with no one ever responding. The FBI Police respond with: "then these criminals have outsmarted the FBI", you are not allowed to file a complaint in person.



61. Officer Chris McDermott of the Quincy, MA Police Department fabricated "6 Warrants" on May 4, 2021 to cover-up for his brother Patrick McDermott and the kidnapping for ransom scheme. Having the United States Capital Police and Washington DC Metropolitan Police arrest the Plaintiff. To again unlawfully drag the Plaintiff back to Massachusetts in chains to shut up the Plaintiff for once and for good. Ensuring they are not exposed and the ransom is collected. With an Extradition Hearing scheduled for the Plaintiff on June 30, 2021, at Washington DC Superior Court room C-10, 1:00 PM.

62. The Plaintiff has made thousands of attempts to contact the federal authorities in Washington DC, not receiving one call back or returned email since September 3, 2020. The Plaintiff decided to exercise his first amendment right outlining the kidnapping for ransom scheme on his vehicle with hopes of a response from an authority who upholds and protects constitutional law for United States citizens. An incorruptible authority who does not take bribes putting law and order above all else. Ending this incredible scheme kidnapping the Plaintiff's child.



63. Morgan Babcock sees the Plaintiff's vehicle parked outside of the National Center for Missing and Exploited Children headquarters Alexandria, VA. Telling the Plaintiff he is not permitted to go to the National Center for Missing and Exploited Children's office. The Plaintiff explains the man in the middle scam preventing him from contacting authorities, providing Morgan Babcock the Plaintiff's complaint over the kidnapping for ransom scheme. Morgan Babcock states: "she had read it already" but notices it was revised on June 6, 2021 asking the Plaintiff what was revised? Morgan Babcock wanted to know if Morgan Stanley Investments was mentioned in the complaint. The Plaintiff stated he is just focusing on reunited with his child. Morgan Babcock said good: calling the Alexandria Police Department on the Plaintiff, requesting a Barment Order so the Plaintiff cannot have access to the National Center for Missing and Exploited Children or any other federal facility Morgan claimed she "owns" 6/10/21. Morgan Babcock then contacts Morgan Stanley Investments informing them she just call the cops on the Plaintiff and to send out the security guard.



64. On June 10, 2021 the Alexandria Police arrive and Morgan Babcock states: "Carlyle Council pays the Alexandria Police Department a lot of money to "house these federal facilities" demanding a Barment Order against the Plaintiff because she does not approve of the Plaintiff exercising or enjoying his constitutional rights. The Plaintiff explains how he needs access to the National Center for Missing and Exploited Children and other federal services located in the area. The Alexandria Police Officers contact headquarters who said Carlyle Council owns all the streets, sidewalks giving access to the federal buildings, therefore giving the Plaintiff a Barment Order for Morgan Babcock of Carlyle Council. The Plaintiff request to file a complaint with the Alexandria Police for the kidnapping of the Plaintiff's child over the ransom of estate money. With possibility of the Plaintiff's child being in the area, the Alexandria Police refuse to allow the Plaintiff to file a complaint.

65. After the Plaintiff's phone number was changed because the National Center for Missing and Exploited Children called the Plaintiff, the Plaintiff went to the Alexandria Police Department to report the incident. Also describing all the issues with the Plaintiff's phone / devices. From the Plaintiff getting phony locations when booking hotels through priceline.com, server issues, facebook issues, Massachusetts Registry of Motor Vehicles emails / text messages regarding license and an account when the Plaintiff is a Florida resident, no responses for help / complaints with kidnapping of Plaintiff's child, supplying the Plaintiff's debit card from Rockland Trust Bank to cash apps and is coming up as a Fidelity Card {Plaintiff overheard family describing how the embezzlement would be funneled by Stephen Howlett at Morgan Stanley Investments to a family member Christopher Newell at Fidelity Investments}, all the way to providing phony locations to activists groups like the NAACP ect... Described to the Plaintiff as the "man in the middle scam" to cover-up the kidnapping for ransom scheme.





5:23 ⏷ ⬆ ⬢ ✿ ▦ ◉ ▨ –                                      *▤ ▨ ⬚ ⌗ ⊿ 18% ▥

✕    🔒    Attorney Michael A
              massinjustice.org              🔖    ◁    ⋮

# The Lawless Adventures of Mass. Probate Court Judge John D. Casey &

# Norfolk County Probate Court Registrar, <u>Patrick McDermott</u>, Who make the Probate Fraud and Embezzlement Possible

## *Judge Casey Enforces "Death Fee" on Family for Benefit of Mass. BAR!*

*f k a  Attorney Billy Crowe of Needham, Mass. & His Quest for the Golden Fee*

## *Featuring* – the 2 Court Appointed Crooks, <u>Attorney James A. McLaughlin</u>, and <u>Steve Hanna</u>

### *This Article of MassInjustice.Org is Under Construction*

This link of MassInjustice.Org, once again, exposes the Injustice in the Courts of Massachusetts. No, this is not a criminal case or a s. 1983 Federal case grounded in the U.S. Constitution's Bill of Rights; this article is the exposure of blatant documented corruption in a Massachusetts Probate Court, as Orchestrated and controlled by a Mass. Probate Judge John D. Casey, who is the presiding Probate Court Judge in Norfolk County Probate Court. This

▣    Show simplified view              ✕

## PRAYER FOR RELIEF

The Plaintiff has been victimized for 7+ years in the conspiracy and offenses set forth above in Paragraphs 1 through 65. The Plaintiff as the victim throughout this conspiracy and kidnapping gathered as much evidence as possible. Since this Affidavit is being submitted for the limited purpose of supporting a criminal complaint, I have not included every fact resulting from this kidnapping for ransom scheme, conspiracy and deprivation of rights. As we are just beginning to fully understand the full extent of this criminal enterprise.

Whereas the Plaintiff requests:

1. Criminal complaints be entered against the Defendants, each and every one of them, jointly and severally.

2. Plaintiff demands declaratory, equitable and injunctive relief for their violations in the following way: (1) a cease and desist order to prohibit this type of illegal and criminal activity against the Plaintiff. (2) remove Barment Order against the Plaintiff giving him access to the federal facilities located on the Carlyle Council Property, especially the National Center for Missing and Exploited Children Center so the Plaintiff can use every and all federal resource available to end this kidnapping for ransom scheme.

3. Any further relief which the court may deem appropriate.

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

June 29, 2021

Joseph P. Doolin
Plaintiff in Pro Se

202 - 803 - 1257
josephdoolin40@gmail.com

Attached: Exhibit 1; Exhibit 2; Exhibit 3.